# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLDA HARRIS,<br><br>                Plaintiff,<br>v.<br><br>NEW JERSEY DEPARTMENT OF<br>  CORRECTIONS, et al.,<br><br>                Defendants. | Civil Action No. 11-1321 (PGS)<br><br>**ORDER** |

A Report and Recommendation was filed on November 21, 2013 recommending that this Court grant Defendants' motion to dismiss Plaintiff's complaint for failure to provide discovery pursuant to FED. R. CIV. P. 37. (ECF No. 40). The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation <u>de novo</u>, and good cause appearing;

It is, on this 11th day of December, 2013,

**ORDERED** that the Report and Recommendation of Magistrate Judge Douglas E. Arpert (ECF 54) is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Defendants' motion to dismiss Plaintiff's complaint for failure to provide discovery is granted (ECF No. 40), and it is further

**ORDERED** that, for the reasons set forth in the Report and Recommendation, Plaintiff's complaint is dismissed with prejudice, and it is further

**ORDERED** that the Clerk of the Court designate the action as CLOSED.

                                                      *s/Peter G. Sheridan*
                                                      PETER G. SHERIDAN, U.S.D.J.