UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MS. GOLDA D. HARRIS, | : | |
| Plaintiff, | : | Civil Action No. 11-1321 (MAS) (DEA) |
| v. | : | **ORDER** |
| COMMISSIONER GARY LANIGAN, et al., | : | |
| Defendants. | : | |

This matter comes before the Court on a civil Complaint filed by Plaintiff Golda D. Harris pursuant to 42 U.S.C. § 1983, alleging that her rights under federal law have been violated. Presently before the Court is Defendant's Motion to Dismiss, ECF No. 40, and a Report and Recommendation by Magistrate Judge Douglas E. Arpert, recommending dismissal, ECF No. 54. The Court has carefully reviewed the parties' submissions on this matter. For the reasons stated in the Memorandum Opinion filed on even date, and for good cause shown,

**IT IS** on this _1st_ day of _July_, 2016,

**ORDERED** that the Report and Recommendation of Magistrate Judge Douglas E. Arpert, ECF No. 54, is hereby **ADOPTED** as the Opinion of the Court; it is further

**ORDERED** that Defendant's Motion to Dismiss, ECF No. 40, is hereby **GRANTED**; it is further

**ORDERED** that Plaintiff's requests for default and default judgement, ECF Nos. 77 & 78, are hereby **DENIED**; it is further

**ORDERED** that the Complaint, ECF No. 1, is hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Memorandum Opinion upon the parties, and shall **CLOSE** the file.

/s/ Michael A. Shipp
Michael A. Shipp, U.S.D.J.